1042

[No. 40885-2-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LAJOY E. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00723-4, Anthony P. Wartnik, J., entered June 10, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41228-1-I.   Division One.   December 28, 1998.]

MICHAEL WEBB, *Appellant*, v. PUGET SOUND BROADCASTING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-09815-7, Philip G. Hubbard, Jr., J., entered July 31, 1997. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Webster and Becker, JJ.

[No. 41535-2-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TACHANEL TROWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00736-6, Anthony P. Wartnik, J., entered September 12, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41541-7-I.   Division One.   December 28, 1998.]

*In the Matter of the Marriage of* LISA GAYE HERSCHLEB, *Respondent*, and KENT HERSCHLEB, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-3-00747-7, Michael F. Moynihan, J., entered September 12, 1997. *Affirmed* by unpublished per curiam opinion.